**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FREDDIE WILSON,

    Petitioner,

v.                                                     Cv. Case No: 8:15-cv-2801-T-24TGW
                                                        Crim. Case No.: 8:13-cr-207-T-24TGW

UNITED STATES OF AMERICA,

    Respondent.

_____

**ORDER**

This cause comes before the Court on Petitioner Freddie Wilson's *pro se* motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255. (Cv. Dkt. 1; Cr. Dkt. 135).

On November 30, 2015,[1] Petitioner filed the instant motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255. However, Petitioner failed to properly complete the court-approved form for use in section 2255 cases. Instead, Petitioner directed the Court to "see attached 2255 motion" in several sections that require concise statements of the grounds on which Petitioner seeks relief and the facts in support thereof.

The Rules Governing Section 2255 Proceedings, which have been adopted in this district, require that the motion be submitted in substantially the form annexed to the rules. *See McGuigan v. United States*, No. 808-CV-2430-T-27TBM, 2009 WL 136024, at *1 (M.D. Fla. Jan. 20, 2009)

---

[1] The document entitled "Motion to Vacate Set Aside or Correct Sentence Purusuant to Title 18 U.S.C. 2255", Cv. Dkt. 1-1, Cr. Dkt. 136, is dated November 30, 2015. For timeliness purposes, the court considers Petitioner's Section 2255 motion filed on the day that he signed it. *See Washington v. United States,* 243 F.3d 1299, 1301 (11th Cir.2001) (ruling that a *pro se* prisoner's Section 2255 motion is deemed filed on the date it is delivered to prison authorities for mailing which, absent contrary evidence, is presumed to be the date the prisoner signed the motion).

(citing Rule 2(d), Rules Governing Section 2255 Proceedings (2008)). Therefore, Petitioner will be required to submit an amended rule § 2255 motion on the court-approved form. Petitioner's amended motion should state, on the court-approved form, the grounds for relief and the facts in support thereof. If necessary, Petitioner may attach pages stating additional grounds and facts supporting the same.

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner Freddie Wilson's *pro se* motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255. (Cv. Dkt. 1; Cr. Dkt. 135) is **DENIED WITHOUT PREJUDICE**. Petitioner shall file an amended § 2255 motion by filing a completed court-approved form for use in section 2255 cases, by January 8, 2016.

**DONE AND ORDERED** at Tampa, Florida, this 10th day of December, 2015.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies To: *Pro se* Petitioner