UNITED STATES DISTRICT COURT7
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                               Case No.: 8:13-cr-207-T-24TGW

FREDDIE WILSON,

_____/

**ORDER**

       This cause comes before the Court on Defendant Freddie Wilson's Pro-se Motion to Correct a Clerical Error pursuant to Rule 36. (Doc. No. 155). The motion is denied.

       On July 11, 2013, a jury found Defendant guilty of (1) six counts of theft of government property in violation of 18 U.S.C. § 641 Counts 1-6), (2) five counts of aggravated identity theft in violation of 18 U.S.C. § 1028A (Counts 7-12), (3) one count of conducting an unlawful monetary transaction in violation of 18 U.S.C. § 1957, and (4) one count of obstruction of proper administration of law in violation of 18 U.S.C. § 1505. (Dkt. 64). On October 8, 2013, Defendant was sentenced to 102 months of imprisonment followed by a three year period of supervised release. (Dkt. 83). At sentencing, the Government moved to dismiss Count 10, one of the aggravated identity theft convictions, and the Court dismissed Count 10.

       Defendant asserts the prosecutor agreed to dismiss counts 4 and 10. That is incorrect. She only moved to dismiss Count 10. Therefore, there is no clerical error. The Judgment is correct. Accordingly, Defendant's motion is DENIED.

**DONE AND ORDERED** at Tampa, Florida, this 14th day of September, 2016.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Freddie Wilson, Pro-se